# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARKADY RAYZ,**<br>    **Plaintiff,**<br><br>v.<br><br>**PROGRESSIVE AD SOLUTIONS, LLC;**<br>**PHOENIX LEGAL GROUP LLC; DOES 1**<br>**THROUGH 10,**<br>    **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 14-7147** |

## O R D E R

**AND NOW**, this 8th day of June, 2015, upon consideration of Plaintiff's Motion for Judgment by Default and Request for Assessment of Damages Hearing (ECF No. 7) and in the absence of any opposition thereto, **IT IS ORDERED** that:

The Motion is **GRANTED** as to Defendant Progressive Ad Solutions, LLC; and

The Motion is **DENIED** as to Defendant Phoenix Legal Group, LLC.

The above-captioned case has been set for hearing for the assessment of damages on **Monday, June 15, 2015, at 10:00 A.M.**, before the Honorable Wendy Beetlestone. Counsel should contact the Deputy Clerk or Chambers (267-299-7450) the day before the hearing for a courtroom location.

**BY THE COURT:**

**/S/WENDY BEETLESTONE, J.**

_____
**WENDY BEETLESTONE, J.**