# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARKADY RAYZ,** <br>          Plaintiff, <br><br> v. <br><br> **PROGRESSIVE AD SOLUTIONS, LLC; PHOENIX LEGAL GROUP LLC; DOES 1 THROUGH 10,** <br>          Defendants. | **CIVIL ACTION** <br><br><br><br> **NO. 14-7147** |

## ORDER

**AND NOW** this 15th day of June 2015, upon consideration of Plaintiff's Motion for Judgment by Default and Request for Assessment of Damages hearing and after an evidentiary hearing on damages held this day, **IT IS ORDERED** that:

Plaintiff is awarded a **JUDGMENT** against Defendant Progressive Ad Solutions, LLC in the amount of six thousand dollars ($6,000.00).

                                                       **BY THE COURT:**

                                                       **/S/WENDY BEETLESTONE, J.**

                                                       _____

                                                       **WENDY BEETLESTONE, J.**