UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARKADY RAYZ, on behalf of himself and all others similarly situated<br><br>                          Plaintiffs.<br><br>   v.<br><br>PROGRESSIVE AD SOLUTIONS, LLC; PHOENIX LEGAL GROUP, LLC; and DOES 1 through 10, inclusive,<br><br>                          Defendants. | Civil Action No.: 14-cv-7147 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, ARKADY RAYZ, on behalf of himself and all others similarly situated, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby, and without prejudice, voluntarily dismisses from this action defendants PHOENIX LEGAL GROUP, LLC, and DOES 1 through 10.

 

Respectfully Submitted,
**CONNOLLY WELLS & GRAY, LLP**

  /s/ Stephen E. Connolly
Stephen E. Connolly
2200 Renaissance Blvd., Suite 308
King of Prussia, PA 19406
Telephone:  (610) 822-3700
Facsimile:  (610) 822-3800

Date:  June 18, 2015                      Email: sconnolly@cwg-law.com